**1983 FORM**

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983

Frank A. Weston

In the United States District
Court for the Middle
District of Pennsylvania

1:19-CV-1212

FILED
SCRANTON

JUL 15 2019

PER _____ DEPUTY CLERK

(Enter above the full name of the plaintiff or
plaintiff's in this action)

vs.

Justin M. Lensbower, HS, LPC
cc Deputy Warden Weller,
PrimeCare Medical, Nurse, Sierra Helser
Officer Kirby, LT. Elliot, ET, Al, Defendants

(Enter above the full name of the defendant or
defendant's in this action)

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?
        Yes_____ No ✓

   B.   If your answer to A. is yes, describe each lawsuit in the space below. (If
        there is more than one lawsuit, describe the additional lawsuits on
        another piece of paper, using the same outline).

D. If your answer is NO, explain why not: _____

_____

II. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of plaintiff **FRANK ALLEN WESTON**

Address **1804 Opportunity Ave, Chambersburg PA. 17201**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants).

B. Defendant **JUSTIN H. Lensbower, MS, LPC,**

employed as **Health Services Administration/**

**PrimeCare, Medical, Nurse, Sienna Helser**

C. Additional Defendants: **LT. Elliott, Officer Kirby**

**Officer Shindlerdecker, Officer Metzler**

**Officer French, ET. AL, Defendants**

**Deputy Warden Weller**

III. Statement of Claim:

State here as briefly as possible the **facts** of the case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

1. Parties to this previous lawsuit

   Plaintiffs: _NONE_

   Defendants: _NONE_

2. Court (if Federal Court, name the district: if state court, name the county).

   _NONE_

3. Docket Number _____

4. Name of judge to whom case was assigned:

   _NONE_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)

   _NONE_

6. Approximate date of filing lawsuit: _NONE_

7. Approximate date of disposition: _NONE_

II. Place of Present Confinement: _Franklin County Jail_

   A. Is there a prisoner grievance procedure in this institution? Yes _✓_ No _____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure: Yes _✓_ No _____

   C. If your answer is YES:

   1. What steps did you take? _1st Notify Officer Kirby Nothing was done, then I went through all the steps_

   2. What was the result? _IT WAS DENIED_

On 12-7-2017, I was getting out the shower when my back gave out on me. I was walking bent over. I asked (officer Kirby) would you call medical. I can't with stand in a normal position. Wes Reply was, it's not and emergency. From 10:25AM until 2:25PM I was in extreme pain. By this time 2nd shift is here. Officer French called medical and nurses. Sierra Helser gave me and E.K.G. and rolled me back to guilt-unit.

IV. **RELIEF**

**State briefly exactly what you want the court to do for you.**

Make no legal arguments. Cite no cases or statutes.

I would like the court to process the case, and demand a jury trial seeking monetary damages 2.5. Million, for years of pain, and suffering, mental stress, offical oppression, false segregation, abuse,

# Franklin County Jail

## Inmate Grievance Form

**For Official Use Only**
17-01308
Grievance Number
Pg 1 of 2

Rec'd 12/13/17

**Inmate Name:** Franklin Allen Weston

**Date:** Dec 7, 17  **Time** 10:00 AM

**Signature:** Franklin A Weston

**Housing Location (Unit & Cell):** GuiP-Unit 2-B

**Grievance Issues:** (Check all that Apply)
- [x] Alleged violation of civil or constitutional rights
- [ ] Alleged violation of jail policy
- [ ] Alleged criminal or prohibited act by a staff member
- [x] Alleged condition existing within the facility that creates unsafe or unsanitary conditions
- [ ] Dispute about the assessment of a specific fee or service charge

**Instructions:**
1. No grievance shall be considered that deals with the amount of your bond, matters concerning your court case, probation and parole decisions, disciplinary hearings and classification hearings. No grievance will be entertained from a group or representative of any group. All grievances will be on an individual basis
2. Grievances must be filed within five (5) days after a potential grievable event has occurred.
3. State grievance completely and thoroughly. Grievance Form will be returned to you if it is not completed properly.
4. Grievances containing obscene language, threats or vulgar remarks will not be accepted. Inmates may be subject to disciplinary action for remarks made within the grievance and no immunity will be afforded to any inmate from civil or criminal liability for any of their acts or statements.

**Statement of Grievance:** Additional paper may be used, maximum of two pages. (One Inmate Grievance Form and one one-sided 8½ X 11 page)

ON THE ABOVE DATE AND TIME I MR Franklin Allen WESTON was getting out of the shower when at this time my back gave out on me Now I was walking in a bent over position, I then asked officer Kirby who was working GuiFunit, So I asked Kirby could he call medical something is wrong with my back I can't stand in a straight normal position He's reply was if it's not an emergency you have to put in a Sick-call, Then another officer came to relieve him at this time it was officer Metzier, So I asked him if he would call he said in a minute it was 10:30 AM But he did not make the call until 12:30 PM which was 2 hours later Then the medical staff asked him can The Inmate Weston walk over to us he told them No So they then told officer Metzier That they was Busy and they will get to me it took them 4 hours later which was

**List actions taken and staff you have contacted, before submitting this grievance.**

FCJ Form 300.05-1 – Revised 7/31/14

# Franklin County Jail

## Inmate Grievance Form

**Step 1 - Correctional Treatment Specialist Response:**
Response attached from PrimeCare Medical

_____ 12/28/17 _____ (Must respond within 10 business days)
Signature                    Date

☐ Decision Appealed by Inmate  1-2-18  (Date)   Rec 1/4/18

Explain why: No one from the medical dept never put me on bed rest or sent me to a medical unit. Nothing in my file to where I was placed on bed rest (DOJ) officer

**Step 2 - Deputy Wardens Responses (or Designees):**
No change to their response. You were advised to rest by laying down in your cell and/or a DOJ were not necessary.

_____ 1/10/18 _____ (Must respond within 10 business days)
Signature                    Date

☐ Decision Appealed by Inmate  1-12-18  (Date)  Rec 1/12/18 NWV

Explain why: They never advised me to rest. If they told me to rest then they knew I couldn't hardly walk or stand up in a straight position. Then why I wasn't force out my cell when the officer French asked and the nurse Bryan take my meds to me.

**Step 3 - Warden and/or Designees:**
No changes to step 1 & 2 responses.

☐ Denied  ☑ Granted  ☐ Deferred for a Formal Hearing  ☐ Damages Awarded * Amount $ _____

_____ 1/12/19 _____ (Must respond within 10 business days)
Signature                    Date

_____ _____
Signature                    Date

FCJ Form 300.05-1 — Revised 7/31/14

2:25 PM Then Nurse, Sierra, came and took my vidles and then she told the officer French to call over and tell Bryan to bring over the wheel chair then they rolled me to medical gave me EKG all my vidles appear to be normal, then Sierra asked me to take a urine sample I said okay after doing that she stated my urine was abnormal so they rolled me back to Guif unit in the chair, at this time other inmates started helping to move around I even use the Book Cart then later on Nurse Sierra ask to see me in the classroom on the unit at this time I still had to struggle to the classroom. So when it was time for medication for the night I asked officer French could he see if they would bring my meds to me since I'm in cell 2. The Nurse Helser to them I was okay But I wasn't they force me to the medication Cart by foot and they could see that I wasn't in a position to really walk or stand in the long med line, All these officers was there officer French, office Johns, officer Shindledecker I believe this was very unprofessional

THE OFFICER Johns THAT WAS conducting the MEDICATION LINE CALLED THE NURSE Hesler, Hesler Told THE OFFICER over THE phone I WAS Alright AND NURSE HESLER Already knew that I couldn't With stand in the MED LINE, AT THIS TIME I struggle out my cell to hold onto the dayroom TABle I SAID in A loudly manner I want to go to the hospital, THEN OFFice Johns called Lt. Elliot Next thing I knew I was Being CUFF-up Walking Bent over IN So much PAIN When I got to the Hall way thats when THEY got A Wheel chair For me AND THEN I WAS Rolled to Booking FOR A day then I Was transported to E Block Which is Segregation Where I Recieved A misconduct instead of sending me to the hospital. Now you had and inmate ZACH keefer Who injuryed him self And they took him to the hospital. AND he came Back the SAme day.

Grievance Response 17-01308
Weston, Franklin
December 27, 2017

Mr. Weston,

Your medical record was reviewed in response to your grievance received. You claim you were not treated appropriately for your complaint of back pain. You were assessed by medical by protocol (You were told to rest by lying down) You were observed in dayspace after this assessment sitting in a chair in dayspace. You had difficulty ambulating during these times as noted on observation reports. Medication was administered to you per protocol and policy. If you have any further medical or mental health concerns, please feel free to submit a sick call slip, the process for which can be found in your inmate handbook.

Sincerely,

Justin M. Lensbower, MS, LPC
Health Services Administrator
Director of Mental Health Services
Franklin County Jail

cc: Deputy Warden Weller
    Dir. Inmate Management
    PrimeCare Medical
    Inmate Chart

# DISCIPLINARY HEARING REPORT

Name: Weston, Franklin Allen #17-807         Current Block & Cell: E-05B

Date & Time of Hearing: 12/08/2017 10:48 PM         Misconduct #: 17-807

A copy of the misconduct report was given to the inmate on 12/07/2017 9:30 PM by Lt. Elliott.

Additional comments on hearing process, if any: N/A

Inmate is prepared to proceed ☒

Inmate plea per charge and (if any) charges dismissed at this stage of hearing: 1-2, 1-3, 1-12, 1-13, 2-6 Not Guilty 2-11 Guilty

Summary of all statements: Inmate stated he was in pain and needed help.

Requested witnesses were not called (if any) because: N/A

Inmate found guilty of charges: ☒ 2-11

Inmate found NOT GUILTY OF ALL CHARGES (report expunged from record) ☐

Misconduct dismissed ☐

**Action taken:** ☐ Reduced to an **Informal Adjustment** (not counted as a misconduct) or ___ (days) **Probation** (violation of probation will result in sanction outlined below) or ___ (days) **Cell Confinement** (allowed first hour of yard and A.M. Sunday Church) or 5 (days) **Disciplinary Segregation (RHU)**: The Cell Confinement **Sanction is Suspended for** ___ (days) (will finish serving suspended time is a second misconduct is received during suspended time).

Other (ie: housing move, loss of privilege, etc.) All misconducts with a decision of guilty will be assessed a $5.00 dollar administrative processing fee.

Reason for action taken and dissenting opinions: I believe report to be true.

**Date Action Starts 12/07/2017 Stops 12/13/2017**

Inmate advised of the findings, action taken and the reason. Inmate advised of right to appeal the decision to the Warden by an appeal form within the next 24 hours and has a copy of this report. ☒

Signature of Hearing Examiner: _____     Vote: Guilty

2008

# Franklin County Jail
## Misconduct Report

**Name:** Weston (Last) Franklin (First) Allen (Middle)

**Report Number:** _____

**Housing Location:** Gulf   **FCJ #** 16-0128

**Location of Misconduct:** Gulf unit

**Misconduct Charge(s):** 1-13   1-3   2-6   1-2   1-12   2-11

**Date:** 12-7-17   **Time:** 2130

### OTHER STAFF OR INMATES INVOLVED

- Officer French
- Officer Johns
- Officer Shindledecker

### STAFF MEMBER'S VERSION

On the above date and approximate time this nurse was conducting medication pass on Gulf unit when the unit officer asked if I could take GP inmate Weston Franklin his medication to his cell because he had back pain and claimed he couldn't stand up straight. I was aware that Nurse Helser assessed Weston earlier for his back. I contacted Nurse Helser who informed me that he was okay to be able to stand and walk in med line. I informed the unit officer of this who then informed Weston. When his cell door opened Weston walked out with his jumper around his waist and leaned on a table. Weston then began to yell at me saying "Fuck you, you mother fucker! I need to go to the hospital now!" Weston then began to hit the table. I had to stop medication pass due to his behavior which caused other inmates on the unit to yell at me about his medical condition. Lt Elliott was notified. End of Report.

---

**Action Taken and Reason** (completed by Shift Supervisor):
- ☐ Informal Resolution
- ☒ Pre-Hearing Segregation  Nature of Incident
- ☐ Other _____

**Action Reviewed and approved by Shift Supervisor**
Elliott/Elliott/9135
(signature)
**Date:** 12-7-17   **Time:** 2335

**Reporting Officer's Signature:** Brent Leathart w/ Brent Leathart

**Date and Time Inmate Given Misconduct Copy**
**Date:** 12-7-17   **Time:** 2357

(Signature of Officer serving Misconduct)

**Attachments:** _____

White- Hearing Examiner    Yellow- Inmate

FCJ Form 300.03-3 - Revised 11/27/12

Mr Frank Allen Weston
Franklin County Jail
1804 Opportunity Ave
Chambersburg, PA, 17201

RECEIVED
SCRANTON

JUL 12 2019

PER _____
    DEPUTY CLERK

To M
23