# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK A. WESTON,** | : | CIVIL ACTION NO. 1:19-CV-1212 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JUSTIN H. LENSBOWER,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of July, 2020, upon consideration of defendants' motions (Docs. 20, 25) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions (Docs. 20, 25) are GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania